# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED**
AUG 1 1 2008
AUG 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF PETITION FOR VIOLATION OF SUPERVISED RELEASE IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE MASON |
| v. | ) | |
| RYAN DURGAN | ) | CASE NUMBER: 08 CR 636 |

The undersigned Affiant personally appeared before MICHAEL T. MASON, a United States Magistrate Judge, and being duly sworn on oath, states: That at the SOUTHERN DISTRICT OF WEST VIRGINIA, one RYAN DURGAN was charged with violation of the condition(s) of his supervised release in UNITED STATES v. RYAN DURGAN, 5:07-00015-02, and that on the basis 18 USC 3147 of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest of Supervised Release).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
ANGELO SCHRAGEL,
Deputy United States Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
11th day of August, 2008.

_____
MICHAEL T. MASON
United States Magistrate Judge

AUSA ANDREW S. BOUTROS

# EXHIBIT A

AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __WEST VIRGINIA__

UNITED STATES OF AMERICA

V.

RYAN DURGAN

WARRANT FOR ARREST
*SEALED*

Case Number: 5:07-00015-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RYAN DURGAN__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ✓ Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)
violation of the following conditions of supervision: (1) Stan. Unnumbered Cond., prohibiting deft. from committing another federal, state, or local crime; (2) Stan. Cond. No. 7, prohibiting deft. from purchasing, possessing, using, distributing, or administering any narcotic or other controlled substance or any paraphernalia related to such substances except as prescribed by a physician; (3) Spec. Cond. directing deft. to enroll in an impatient drug treatment program immediately upon his release from custody and directing deft. to satisfactorily complete an inpatient drug treatment program lasting at least 90 days; (4) Stan. Cond. No. 3, directing deft. to truthfully answer inquiries by Probation Officer and to follow instructions of USPO

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

✓ in violation of the conditions of his or her supervision imposed by the court.

TERESA L. DEPPNER                    *Teresa L. Deppner by ___*
Name of Issuing Officer               Signature of Issuing Officer

CLERK OF COURT                       August 1, 2008 at Beckley, West Virginia
Title of Issuing Officer              Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(12/04)

# United States District Court
## for the
### Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Durgan    Case Number: 5:07CR00015-02

Name of Sentencing Judicial Officer: Thomas E. Johnston, United States District Judge

Date of Original Sentence: July 31, 2007

Original Offense: Aiding and Abetting the Distribution of a Controlled Substance (Cocaine Base), 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

Original Sentence: Ten months' imprisonment, followed by thirty-six months' supervised release,

TSR Revoked: March 17, 2008

Sentenced To: Four months' imprisonment, followed by thirty-two months' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: June 21, 2008

Asst. U.S. Attorney: Miller Bushong III    Defense Attorney: David R. Bungard, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Standard Unnumbered Condition: You shall not commit another federal, state or local crime:** |
| | **Violation of Standard Condition Number 7: The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician:** |
| | Urine specimen submitted by the defendant on July 22, 2008, was returned positive for Cocaine and Marijuana. The defendant signed a written admission to the use of both substances. |
| 2. | **Violation of Special Condition: Immediately upon his release from custody, the Defendant shall enroll in and satisfactorily complete an impatient drug treatment program lasting at least ninety (90) days. Failure to abide by the rules of this inpatient drug treatment or failure to complete the program may be grounds for further revocation proceedings:** |
| | On June 23, 2008, the defendant was instructed to begin calling Legends, the inpatient treatment program, each Monday following his release from imprisonment. Legends still had an approximate 45-day waiting period for admission. On July 17, 2008, I contacted Legends and was advised the defendant had not contacted them during this period. |

| Prob 12C | | |
|---|---|---|
| RE: RYAN DURGAN | -2- | Petition for Warrant or Summons |
| DOCKET NO. 5:07CR00015-02 | | For Offender Under Supervision |

However, they were still holding a bed. On July 22, 2008, the defendant was again instructed to call Legends each Monday. Thus far, Mr. Durgan has failed to follow this instruction. Legends advised they will not accept the defendant if he does not show at least some interest in their program.

3. **Violation of Standard Condition Number 3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer:**

On July 31, 2008, Mr. Durgan was telephonically instructed to report to the probation office by 3:00 p.m.. The defendant failed to appear.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be:

    [X]  Revoked
    [ ]  Extended for _____ year(s), for a total term of _____ years.

[X]  The Petition and Warrant be SEALED until the defendant is arrested.
No further Order shall be needed to unseal same once the offender has been arrested.

I declare under the penalty of perjury that the foregoing is true and correct.

by

_Kenneth Sales, Jr._
U. S. Probation Officer

Date: July 31, 2008

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[x]  The Petition and Warrant be SEALED until the defendant is arrested.
    No further Order shall be needed to unseal same once the offender has been arrested.
[ ]  The Issuance of a Summons
[ ]  Other

_Thomas E. Johnston_
UNITED STATES DISTRICT JUDGE

August 1, 2008
Date