

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 636 - 1 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Ryan Durgan | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 8/11/08. Defendant informed of his rights. Enter Order appointing Robert Seeder as counsel for the defendant for removal proceedings only. Defendant waives his right to an identity hearing. Defendant ordered removed in custody of the U.S. Marshals to the Southern District of West Virginia, forthwith for further proceedings. Government's oral motion to unseal the sealed Warrant for Arrest from the Southern District of West Virginia is granted.

*Docketing to mail notices.*

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|

3cc USM

2008 AUG 12 AM 11: 49
U.S. DISTRICT COURT
FILED