# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
8-11-08
AUG 1 1 2008

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

In the Matter of USA v. Durgan

Case Number: 08 CR 636

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Ryan Durgan — Removal Proceedings Only

| | |
|---|---|
| NAME (Type or print) | Robert D. Seeder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Robert D. Seeder |
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E. Monroe Street, Suite 2800 |
| CITY/STATE/ZIP | Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ |