# FILED

AUG 29 2008
Aug 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 636-1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Berger  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>E. Berger                        8/25/08 |
| 1. Article Addressed to:<br><br>West Virginia Southern District Court<br>2400 Robert C. Byrd<br>United States Courthouse<br>300 Virginia Street East<br>Charleston, WV 25301 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 8258 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Office of Clerk of the U.S. District Court
219 South Dearborn
Chicago, IL 60604
08cr636-1

RECEIVED AUG 29 2008 JH
MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT